People v Robinson (2025 NY Slip Op 07415)

People v Robinson

2025 NY Slip Op 07415

Decided on December 31, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
LILLIAN WAN
LOURDES M. VENTURA
SUSAN QUIRK, JJ.

2024-08850
 (Ind. No. 70371/22)

[*1]The People of the State of New York, respondent,
vStanley C. Robinson, Jr., appellant.

Salvatore C. Adamo, New York, NY, for appellant.
Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Winter A. Vega of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Dutchess County (Jessica Segal, J.), rendered April 18, 2024, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 255). Likewise, the defendant's valid waiver of his right to appeal precludes appellate review of his claim of ineffective assistance of counsel, since his claim does not implicate the voluntariness of his plea (see People v Lopez, 210 AD3d 700, 701; People v Tenesaca, 199 AD3d 941, 942).
GENOVESI, J.P., WAN, VENTURA and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court